WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Jonathan D. Fink, Esq., SBN 110615
Charles C. McKenna, Esq., SBN 167169
Peter M. Watson, Esq., SBN 258784
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Telephone: (949) 477-5050; Facsimile: (949) 477-9200
cmckenna@wrightlegal.net; pwatson@wrightlegal.net

Attorneys for Defendant HOMEWARD RESIDENTIAL, INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCE LANGLEY, on behalf of himself and all others similarly situated, | Case No. 2:12-cv-02623-JAM-EFB |
| Plaintiff, | **ORDER EXTENDING DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT AND DISCOVERY CUT-OFF DATE** |
| vs. | |
| HOMEWARD RESIDENTIAL, INC. and DOES 1 through 10, inclusive, and each of them, | |
| Defendants. | |

The Court, having considered the Stipulation to Extend the Deadline to File a Motion for Summary Judgment and the Discovery Cut-Off Date, entered into by Homeward Residential, Inc. ("Defendant") and Vince Langley ("Plaintiff")

(collectively referred to as the "Parties"), and for good cause appearing, orders as follows:

1. Defendant shall file and serve its Motion for Summary Judgment regarding Plaintiff's individual claims on or before September 17, 2013; and

2. The December 1, 2013 deadline for discovery on both Plaintiff's individual claims *and* class certification issues is extended to February 3, 2014.

IT IS SO ORDERED.

Dated:   7/22/2013                        /s/ John A. Mendez_____
                                          John A. Mendez
                                          United States District Court Judge