WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Jonathan D. Fink, Esq., SBN 110615
Charles C. McKenna, Esq., SBN 167169
Peter M. Watson, Esq., SBN 258784
4665 MacArthur Court, Suite 280
Newport Beach, CA  92660
Telephone: (949) 477-5050; Facsimile: (949) 477-9200
cmckenna@wrightlegal.net; pwatson@wrightlegal.net

Attorneys for Defendant HOMEWARD RESIDENTIAL, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCE LANGLEY, on behalf of himself and all others similarly situated, | Case No. 2:12-cv-02623-JAM-EFB |
| Plaintiff, | **ORDER DISMISSING PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |
| vs. | |
| HOMEWARD RESIDENTIAL, INC. and DOES 1 through 10, inclusive, and each of them, | |
| Defendants. | |

The Court, having considered the Stipulation for Order Dismissing Plaintiff's Individual Claims With Prejudice and Putative Class Claims Without Prejudice, entered into by Homeward Residential, Inc. ("Defendant") and Vince

-1-

[PROPOSED] ORDER DISMISSING PLAINTIFF'S INDIVIDUAL CLAIMS WITH
PREJUDICE AND PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE

Langley ("Plaintiff") (collectively referred to as the "Parties"), and for good cause appearing, orders as follows:

  1. Plaintiff's individual claims are dismissed with prejudice; and

  2. The Putative Class Claims are dismissed without prejudice.

IT IS SO ORDERED.

Dated: 9/17/2013       /s/ John A. Mendez_____
               John A. Mendez
               United States District Court Judge