WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Jonathan D. Fink, Esq., SBN 110615
Charles C. McKenna, Esq., SBN 167169
Peter M. Watson, Esq., SBN 258784
4665 MacArthur Court, Suite 280
Newport Beach, CA  92660
Telephone: (949) 477-5050; Facsimile: (949) 477-9200
cmckenna@wrightlegal.net; pwatson@wrightlegal.net

Attorneys for Defendant HOMEWARD RESIDENTIAL, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCE LANGLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOMEWARD RESIDENTIAL, INC. and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. 2:12-cv-02623-JAM-EFB<br><br>**ORDER DISMISSING PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

The Court, having considered the Stipulation for Order Dismissing Plaintiff's Individual Claims With Prejudice and Putative Class Claims Without Prejudice, entered into by Homeward Residential, Inc. ("Defendant") and Vince

1  Langley ("Plaintiff") (collectively referred to as the "Parties"), and for good cause
2  appearing, orders as follows:
3      1.    Plaintiff's individual claims are dismissed with prejudice; and
4      2.    The Putative Class Claims are dismissed without prejudice.

7  IT IS SO ORDERED.

9  Dated: 9/17/2013            /s/ John A. Mendez_____
10                                  John A. Mendez
11                                  United States District Court Judge

[PROPOSED] ORDER DISMISSING PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE